IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272<br><br>APPROVED FORM OF<br>SHORT FORM COMPLAINT |
| This applies to:<br><br>Gregory J. Sherman and Karen Sherman, h/w | JURY TRIAL DEMAND |
| Gregory J. Sherman and Karen Sherman, h/w<br><br>        Plaintiffs,<br>vs.<br><br>Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc.; and (if necessary): _____<br><br>_____<br><br>        Defendants. | No.: __2:12-cv-378__ |

## APPROVED SHORT FORM COMPLAINT FOR

## ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION

Plaintiff(s) incorporate(s) by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272, filed as of January 12, 2012, as Document Number 211. Pursuant to a Stipulated Order of the PSC in MDL 2272 and Counsel for Defendants, the following Short Form Complaint is approved for use in this action.

1

Where Plaintiff's Complaint was previously transferred into MDL 2272, this Short Form Complaint and the incorporated Master Long Form Complaint shall serve as an amended Complaint.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his or her case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1. Plaintiffs <u>Gregory J. Sherman</u> and <u>Karen Sherman</u> state and bring this civil action before the Court for the United States District Court for the Southern District of Ohio as a related action in the matter entitled <u>IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of the MDL 2272 Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

2. This action is brought pursuant to 28 U.S.C. §1332, as diversity of citizenship exists among and between the parties.

3. Venue is proper under 28 U.S.C. §1391 as defendants named herein do business within this district.

4. Plaintiff <u>Gregory J. Sherman</u> is a resident and citizen of <u>Ohio</u> and claims damages as set forth below.

5. Plaintiff's Spouse, <u>Karen Sherman</u>, is a resident and citizen of <u>Ohio</u>, and claims damages as a result of loss of consortium.

6. Plaintiff was born on <u>08/27/1953</u>.

2

7. ~~Plaintiff is filing this case in a representative capacity as the [administrator/personal representative/executor/other] _____ of the [Estate of] _____. [Cross out if Not Applicable]  A copy of the Letters of Administration or other authority to proceed on behalf of the Estate, where required, is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

## ALLEGATIONS AS TO DEVICE(S) AND INJURIES

8. Plaintiff was implanted with a Zimmer NexGen® Knee device(s) in his left knee on or about <u>09/21/2009</u>, at the <u>Grant Medical Center</u>, by <u>Dr. Ray Wasielewski</u>.

9. ~~On or about [date]~~ _____, Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

    __X__ Zimmer NexGen LPS-Flex

    _____ Zimmer NexGen CR-Flex

    _____ Zimmer NexGen GSF LPS-Flex

    _____ Zimmer NexGen GSF CR-Flex

    _____ Zimmer NexGen MIS Tibia

10. Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on <u>08/24/2011</u>, at <u>Mount Carmel New Albany Surgical Hospital</u>, by <u>Adolph Lombardi, Jr., M.D.</u> **or** ~~Plaintiff will be undergoing revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on or about [date]~~ _____, **or** ~~Plaintiff has not yet scheduled a revision surgery with respect to the defective Zimmer NexGen® Knee device(s).~~

11. Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the

3

defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

12. At the time of implantation with the Zimmer NexGen® Knee device(s), the plaintiff resided at <u>17920 Waldo Rd. Marysville, OH 43040</u>.

13. The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

14. Plaintiff claims damages as a result of:

    _X_ injury to herself/himself

    ___ injury to the person represented

    ___ wrongful death

    ___ survivorship action

    _X_ economic loss

    _X_ loss of services

    _X_ loss of consortium

15. Neither Plaintiffs nor their physicians, through the exercise of reasonable diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than the evidence of loosening and/or other indication for planned revision of the defective device(s), or as the facts dictate and produced in discovery.

16. As a result of the injuries Plaintiff sustained, he/she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

17. Plaintiff's Zimmer NexGen® Flex Knee device bears catalog number <u>00596401551</u> and lot number <u>61298395</u>. ~~If unknown, [check] _____ to be provided at or before service of Plaintiff's fact sheet.~~

4

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

18. The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

### COUNT I – STRICT LIABILITY DESIGN DEFECT

__X__      COUNT I (a) ZIMMER LPS-FLEX;

_____      COUNT I (b) ZIMMER CR-FLEX;

_____      COUNT I (c) ZIMMER GSF LPS-FLEX;

_____      COUNT I (d) ZIMMER GSF CR-FLEX;

_____      COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT II – STRICT LIABILITY FAILURE TO WARN

__X__      COUNT II (a) ZIMMER LPS-FLEX;

_____      COUNT II (b) ZIMMER CR-FLEX;

_____      COUNT II (c) ZIMMER GSF LPS-FLEX;

_____      COUNT II (d) ZIMMER GSF CR-FLEX;

_____      COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT III – STRICT LIABILITY MANUFACTURING DEFECT

__X__      COUNT III (a) ZIMMER LPS-FLEX;

_____      COUNT III (b) ZIMMER CR-FLEX;

_____      COUNT III (c) ZIMMER GSF LPS-FLEX;

_____      COUNT III (d) ZIMMER GSF CR-FLEX;

_____      COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT IV - NEGLIGENCE**

__X__  COUNT IV (a) ZIMMER LPS-FLEX;

_____  COUNT IV (b) ZIMMER CR-FLEX;

_____  COUNT IV (c) ZIMMER GSF LPS-FLEX;

_____  COUNT IV (d) ZIMMER GSF CR-FLEX;

_____  COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT V – NEGLIGENT MISREPRESENTATION**

__X__  COUNT V (a) ZIMMER LPS-FLEX;

_____  COUNT V (b) ZIMMER CR-FLEX;

_____  COUNT V (c) ZIMMER GSF LPS-FLEX;

_____  COUNT V (d) ZIMMER GSF CR-FLEX;

_____  COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – EXPRESS WARRANTY**

__X__  COUNT VI (a) ZIMMER LPS-FLEX;

_____  COUNT VI (b) ZIMMER CR-FLEX;

_____  COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____  COUNT VI (d) ZIMMER GSF CR-FLEX;

_____  COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – BREACH OF EXPRESS WARRANTY**

__X__  COUNT VI (a) ZIMMER LPS-FLEX;

_____  COUNT VI (b) ZIMMER CR-FLEX;

_____  COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VI (d) ZIMMER GSF CR-FLEX;

_____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VII – BREACH OF IMPLIED WARRANTY**

__X__ COUNT VII (a) ZIMMER LPS-FLEX;

_____ COUNT VII (b) ZIMMER CR-FLEX;

_____ COUNT VII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VIII – REDHIBITION**

_____ COUNT VIII (a) ZIMMER LPS-FLEX;

_____ COUNT VIII (b) ZIMMER CR-FLEX;

_____ COUNT VIII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VIII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;

__X__ COUNT IX – LOSS OF CONSORTIUM

_____ COUNT X – WRONGFUL DEATH

_____ COUNT XI - SURVIVAL ACTION

__X__ COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES:

[State] Ohio and applicable statute: <u>Ohio Rev. Code Ann. 1345.02(a)</u>

__X__ COUNT XIII – UNJUST ENRICHMENT

__X__ COUNT XIV – PUNITIVE DAMAGES

PLAINTIFF(S) ASSERTS THE FOLLOWING ADDITIONAL CAUSES OF ACTION [ATTACH ADDITIONAL PAGES AS NECESSARY]: _____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For an award of attorney's fees and costs;

5. For prejudgment interest and the costs of suit; and

6. For such other and further relief as this Court may deem just and proper;

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: 5/2/2012

Respectfully submitted,

BY: _____

D. Andrew List, Esq. (Ohio Bar 0052734)
Clark, Perdue & List
471 East Broad St., Ste. 1550
Columbus, OH 43215
Direct: (614) 460-1604
Main: (614) 469-1925
Email: alist@clarkperdue.com

**Of counsel:**

ANAPOL SCHWARTZ

James R. Ronca, Esq.
Thomas R. Anapol, Esq.
Melissa Fry Hague, Esq.
1710 Spruce Street
Philadelphia, PA 19103
Phone: 215.790.1130
Jronca@anapolschwartz.com
Tanapol@anapolschwartz.com
Mhague@anapolschwartz.com

## CERTIFICATE OF SERVICE

I certify that on _May 2_, 2012, a copy of the foregoing *Plaintiffs' Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability Litigation* was served, pursuant to waiver of service of summons process, F.R.C.P. 4(d) upon:

Peter Meyer, Esquire
FAEGRE BAKER & DANIELS LLP
111 E. Wayne St., Ste. 800
Fort Wayne, IN 46802

BY: _____
D. Andrew List, Esq. (Ohio Bar 0052734)
Clark, Perdue & List
471 East Broad St., Ste. 1550
Columbus, OH 43215
Direct: (614) 460-1604
Main: (614) 469-1925
Email: alist@clarkperdue.com